UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

JESSICA SERRANO,

    Plaintiff,

v.

CITY OF HOLLYWOOD; HOLLYWOOD
POLICE DEPARTMENT; and SHAMUS
TAYLOR,

    Defendants.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, SHAMUS TAYLOR (hereinafter "TAYLOR"), by and through his undersigned counsel, and pursuant to 28 U.S.C. §1331, 1441(a) and 1446(b)(3), hereby provides this Notice of Removal of the above captioned action from the Seventeenth Judicial Circuit Court in and for Broward County to the United States District Court for the Southern District of Florida and states as follows:

1. Plaintiff, JESSICA SERRANO (hereinafter "Plaintiff"), originally filed her Complaint for monetary relief in the Seventeenth Judicial Circuit in and for Broward County on September 19, 2019. TAYLOR was served with the Summons and Complaint on January 20, 2020, and the CITY OF HOLLYWOOD was served on January 21, 2020. A copy of the Summons' and Complaint is attached hereto as Exhibit "A".

2. Plaintiff's Complaint attempts to allege the following counts:

    I.    Florida state law claim for false arrest against the CITY OF HOLLYWOOD

1

      (hereinafter "CITY"). and HOLLYWOOD POLICE DEPARTMENT (hereinafter "DEPARTMENT");

  II. 42 U.S.C. §1983 claim for false arrest against the CITY and DEPARTMENT;

  III. 42 U.S.C. §1983 claim for false arrest against TAYLOR;

  IV. 42 U.S.C. §1983 claim for First Amendment violation against the CITY and DEPARTMENT;

  V. Florida state law claim for intentional infliction of emotional distress against the CITY and DEPARTMENT.

  3. With respect to Count III of Plaintiff's Complaint, Plaintiff alleges that TAYLOR violated her rights under the Fourth and Fourteenth Amendments of the United States Constitution.

  4. Pursuant to 28 U.S.C. §1331, this Court now has original jurisdiction over this action, as Plaintiff's proposed 42 U.S.C. §1983 civil action against TAYLOR arises under the Constitution and the laws of the United States. Pursuant to 28 U.S.C. §1331, 1441(a), TAYLOR may remove this action to this Court.

  5. Pursuant to 28 U.S.C. §1446(b)(1), this notice of removal is timely. 28 U.S.C. §1446(b)(1) states:

> The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

6. In accordance with 28 U.S.C. §1446(a), attached hereto as exhibits are copies of "all process, pleadings, and orders served upon such defendant"; to wit, Plaintiff's Complaint and the process of service on TAYLOR and CITY. *See* Exhibit "A".

7. Concurrent wit the filing of this Notice of Removal with this Court, Officer Jones will provide Notice of Removal of Plaintiff, through her attorney of records in the State Court Action, as required by 28 U.S.C. §1446(d), as well as notice to the Clerk of Court in and for the Seventeenth Judicial Circuit for Broward County, Florida.

8. Counsel for TAYLOR has conferred with counsel for CITY and DEPARTMENT pursuant to 28 U.S.C. §1446(b)(2)(A) and confirmed that CITY and DEPARTMENT consent to removal of the instant action.

9. This Notice is timely, being filed within thirty (30) days after service of Plaintiff's Complaint on TAYLOR.

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,
/s/ Tamatha S. Alvarez
TAMATHA S. ALVAREZ (151467)

                                              tsalaw@hotmail.com
                                              MARTIN, LISTER & ALVAREZ
                                              1655 N. Commerce Parkway
                                              Suite 102
                                              Weston, FL 33326
                                              Telephone:     (954) 659-9322
                                              Facsimile:       (954) 659-9909
                                              Counsel  for TAYLOR
                                              /s/ Tamatha S. Alvarez
                                              TAMATHA S. ALVAREZ

## SERVICE LIST
Case No.

**Samuel Yeboah, Esquire**
Yeboah Law Group
100 SE 3rd Ave., Suite 1350
Ft. Lauderdale, FL 33391
Tel.    954-764-2338
Email: service @yeboahlawgroup.com
        sy@yeboahlawgroup.com
**Counsel for Plaintiff**

**Bruce Jolly, Esquire**
Purdy, Jolly, Giuffreda and Barranco, P.A.
2455 E. Sunrise Blvd., Suite 1216
Ft. Lauderdale, FL 33304
bruce@purdylaw.com,
**Counsel for City of Hollywood and Hollywood Police Department**